**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

In re:   Stanley Bryson            :              Case# 25-13660

                                              :

_____ :

**ANSWER TO MOTION FOR RELIEF**

1.  Admitted.
2.  Admitted.
3.  Admitted.
4.  Admitted.
5.  Admitted.
6.  Admitted.
7.  Denied.  Debtor disputes the amount stated as owed.
8.  Denied.
9.  Denied.
10. No response required.


WHEREFORE, Debtor requests that this Honorable Court dismiss Movant's Motion for Relief and enter any other relief that the Court deems necessary.


                                                            \s\ Jermaine Harris, Esquire

Dated:  July 10, 2026                          _____

                                                            Jermaine Harris, Esquire
                                                            Attorney for Debtor
                                                            100 South Broad Street, Suite 1523
                                                            Philadelphia, PA 19110
                                                            (215)385-1091
                                                            PA ID# 81605

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

In re:   Stanley Bryson          :                Case# 25-13660

                                 :

_____ :

**ORDER**

AND NOW, this                    day of                          , 2026, upon consideration of
Movant Midfirst Bank's Motion for Relief and any response thereto,

IT IS HEREBY ORDERED and DECRRED THAT said Motion is DENIED.

_____
J.

**CERTIFICATE OF SERVICE**

I, Jermaine Harris, Esquire, attorney for Debtor hereby verify that I served a true and correct copy of the foregoing upon all interested parties via the Court's ECF filing system.

\s\ Jermaine Harris, Esquire

Dated:  July 10, 2026

_____

Jermaine Harris, Esquire