**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

____________________
In Re: : Case# 25-13660
Stanley Bryson :
:
____________________ :

**CERTIFICATE OF SERVICE**

I, Jermaine Harris, Esquire, attorney for Debtor hereby certify that I served a true and correct copy of the Amended Chapter 13 Plan filed on this date upon all creditors who filed a proof of claim as reflected in the Claims Register via first class regular mail.

\s\ Jermaine Harris, Esquire

Dated: August 18, 2026 ___________________________

Jermaine Harris, Esquire