**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
Stanley Bryson

AMC Debtor (s)

: CHAPTER 13

: BANKRUPTCY NO. 25-13660 AMC

# P R A E C I P E

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan 10/27/2026 at 10:00 AM before Honorable Chief Judge, Ashely M. Chan.

Respectfully submitted,

Date: August 19, 2026

/s/Jack K. Miller, Esquire for
Kenneth E. West
Chapter 13 Standing Trustee
190 N. Independence Mall
Suite 701
Philadelphia PA. 19106