**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| STANLEY BRYSON | : |
| | : BANKRUPTCY NO. **25-13660-AMC** |
| Debtor | |

# PR A E C I P E

Kindly re-list the above-captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the Debtor's Chapter 13 Plan on 12/01/2026, at 10:00 A.M., before the Hon. Chief Judge Ashely M. Chan.

Respectfully submitted,

Date: October 27, 2026

/s/Jack K. Miller, Esquire for
Kenneth E. West, Esquire
Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106